UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM JONES, <br><br> Petitioner, <br><br> -against- <br><br> S. CRONIN, Superintendent of Groveland Correctional Facility, <br><br> Respondent. | 20-CV-5345 (CM) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued July 17, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice to the pending action under docket number 20-CV-5348 (AT). Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated: July 17, 2020
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge